NORRIS v. THE STATE.

From the Union Circuit Court.

*T. D. Evans, J. M. Cropsey* and *C. M. Cooper*, for appellant.
*T. W. Woollen*, Attorney General, for the State.

Scott, J.—This was a prosecution for selling "two gills of whiskey" without license. The same question is made in this case that was decided in the case of *Arbintrode* v. *The State*, 67 Ind. 267.

Upon the authority of that case, the judgment in this case must be reversed.

The judgment is reversed. Cause remanded, with instructions to the circuit court to sustain the motion to quash the indictment.